



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

- against -

NIKOLAY LEVINSON,

        Defendant

-----------------------------------------------------------x

18 CR 893 (DLC)

ORDER

    It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Metropolitan Forensic & Neuropsychological Consultation, PLCC, in the amount of $6,200, for professional services rendered in connection with the above captioned case.

    SO ORDERED,

Dated: New York, New York
       November /2, 2019

                                                 Honorable Denise L. Cote
                                               U.S. District Judge



## Metropolitan Forensic & Neuropsychological Consultation, PLLC

### INVOICE FOR FORENSIC PSYCHOLOGICAL EVALUATION
### RE: Nikolay Levinson

| Date | Service | Time in hours | Hourly Rate ($400/hr) |
|---|---|---|---|
| 8/1/2019 | Forensic Psychological evaluation at Metropolitan Correctional Center | 4.5 | $1800 |
| 9/6/2019 | Forensic Psychological evaluation at Metropolitan Correctional Center | 3 | $1200 |
| July 2019-October 2019 | Test scoring and interpretation, consultation with defense counsel and Mr. DiMaria, records review, & Forensic Psychological Report | 8 | $3200 |
| **Current balance as of <u>October 3, 2019</u>** | | | $6200 |

Dear Mr. DiMaria,

It was a pleasure working with you on Mr. Levinson's case. Please let me know if you have any questions regarding this invoice. I appreciate your facilitation of payment. In case it is helpful, my tax ID number is: 90-0669765.

I hope that we have a chance to work together again in the future,

Chriscelyn M. Tussey, Psy.D., ABPP-FP
Board Certified Forensic Psychologist
Clinical Neuropsychologist

99 Madison Avenue, Suite 407
New York, NY 10016
646.481.0560
www.metroforensicneuropsych.com
info@metroforensicneuropsych.com