```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 ------------------------------------ X
                                      :
 UNITED STATES OF AMERICA,            :
                                      :
              -v-                     :         18cr893 (DLC)
                                      :
 NIKOLAY LEVINSON,                    :              ORDER
                                      :
                   Defendant.         :
                                      :
 ------------------------------------ X
```

DENISE COTE, District Judge:

On April 29, 2020, Nikolay Levinson ("Levinson"), proceeding pro se, moved to modify or reduce his term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A). Accordingly, it is hereby

ORDERED that the Government shall file its response to the April 29 motion by **May 22, 2020.**

IT IS FURTHER ORDERED that, in its response, the Government shall advise the Court whether the Bureau of Prisons is capable of considering a petition pursuant to 18 U.S.C. § 3582(c)(1)(A) from Levison, who is currently incarcerated at the Bergen County Jail, a facility that is not operated by the Federal Bureau of Prisons.

IT IS FURTHER ORDERED that the Clerk of Court is directed to mail a copy of this Order to Levinson at Bergen County Jail,

P.O. Box 0369, Hackensack, N.J. 07601-0369.

       SO ORDERED:

Dated:     New York, New York
           May 14, 2020

                                     _____
                                            DENISE COTE
                                     United States District Judge