```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :     18cr893(DLC)
                                        :
          -v-                           :     ORDER
                                        :
NIKOLAY LEVINSON,                       :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

As set forth on the record at the conference held on November 17, 2022, it is hereby

ORDERED that Federal Defender Martin Cohen is relieved as defense counsel, and C.J.A. counsel Anirudh Bansal is appointed to represent the defendant.

SO ORDERD:

Dated:   New York, New York
         November 17, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge