```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :     18cr893 (DLC)
                                        :
          -v-                           :         ORDER
                                        :
NIKOLAY LEVINSON,                       :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a status conference regarding the specifications of violation of supervised release in this matter is scheduled for November 17, 2023 at 11:00 AM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         October 30, 2023

                                       _____
                                             DENISE COTE
                                       United States District Judge